**08 CV 03302**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X

NML CAPITAL, LTD.,

        Plaintiff,

-against-

THE REPUBLIC OF ARGENTINA,

        Defendant.

------------------------------------------------X



08 Civ. _____( )

**RULE 7.1 STATEMENT**

    Pursuant to Fed. R. Civ. P. 7.1(a), Plaintiff, by and through its undersigned counsel, states that there is neither a parent corporation to NML Capital, Ltd., nor is there a publicly held corporation that owns 10% or more of its stock.

Dated: New York, New York
      April 2, 2008

DECHERT LLP

By: _____

Robert A. Cohen
Dennis H. Hranitzky
30 Rockefeller Plaza
New York, New York 10112
(212) 698-3500 (phone)
(212) 698-3599 (facsimile)

Kevin S. Reed (KR-5386)
Quinn Emanuel Urquhart Oliver
& Hedges LLP
51 Madison Avenue
New York, New York 10001
(212) 849-7000 (phone)
(212) 849-7100 (facsimile)

13133116