08 CV 03302

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
          :
NML CAPITAL, LTD.,        :
          :
    Plaintiff,        :
          :   08 Civ. _____ ( )
    v.         :
          :
THE REPUBLIC OF ARGENTINA,    :   **RELATED CASE STATEMENT**
          :
    Defendant.       :
          :
------------------------------------ X

RECEIVED APR 0 2 2008 U.S.D.C. S.D N.Y. CASHIERS

TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE that pursuant to Local Rule 1.6(a), Plaintiff NML Capital, Ltd., by and through its undersigned counsel, hereby states that the following facts are relevant to a determination of whether this action and one or more pending civil actions should be heard by the same judge of this Court, in order to avoid unnecessary duplication of judicial effort:

Plaintiff, in the instant action, seeks to recover principal and interest due under the terms of certain notes issued by the Republic of Argentina, on which the Republic of Argentina has defaulted. This action is similar to a series of other actions pending in this Court filed by NML – including those assigned docket numbers 03 Civ. 8845, 05 Civ. 2434, 06 Civ. 6466, 07 Civ. 1910, 07 Civ. 2690, and 07 Civ. 6563, and scores of other actions filed by third parties – in which plaintiffs seek to recover principal and interest due on bonds issued by the Republic of Argentina, on which the Republic of Argentina has defaulted. It is Plaintiff's understanding that

13133121

these prior-filed actions have all been assigned to the Honorable Thomas P. Griesa. Plaintiff respectfully submits that this action should be assigned to Judge Griesa as well.

Dated: New York, New York
April 2, 2008

DECHERT LLP

By: _____

Robert A. Cohen
Dennis H. Hranitzky
30 Rockefeller Plaza
New York, New York 10112
(212) 698-3500 (phone)
(212) 698-3599 (facsimile)
dennis.hranitzky@dechert.com

Kevin S. Reed
Quinn Emanuel Urquhart Oliver &
Hedges LLP
51 Madison Avenue
New York, New York 10001
(212) 849-7000 (phone)
(212) 849-7100 (facsimile)

*Attorneys for Plaintiff NML Capital, Ltd.*

13133121