UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

NML CAPITAL, LTD,

    Plaintiffs,

    v.

THE REPUBLIC OF ARGENTINA

    Defendant.
------------------------------------------------------------X

**AFFIDAVIT OF SERVICE**
08 Civ. 3302

STATE OF NEW YORK    )
                                : ss.:
COUNTY OF NEW YORK  )

    Jefferson Holder, being duly sworn, deposes and says:

1. I am over the age of eighteen, not a party to the above-captioned action and reside in New York, New York.

2. That on the 3rd day of April 2008, deponent served a true and exact copy of the Summons, Complaint, Civil Cover Sheet and Related Case Statement on The Republic of Argentina c/o Banco de la Nacion Argentina located at 225 Park Avenue New York, New York 10171 by personally delivering and leaving same with an individual who identified himself as Mr. Gustavo Juana, Chief Compliance Officer and who stated that he is authorized to accept service of legal papers.

3. Mr. Juana can be described as a white Hispanic male, approximately 50 years of age, approximately 5'1" tall, weighs approximately 140lbs, black/grey hair and wearing glasses.

                                                                                          Jefferson Holder

Sworn to before me this
4th day of April 2008

Notary Public

LUIS A. LOPEZ
Notary Public, State of New York
No. 01LO6038747
Qualified in Rockland County
Commission Expires March 20, 2010

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern       District of       New York

NML Capital, Ltd.,
Plaintiff,

V.

The Republic of Argentina
Defendant.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   08 Civ.

# 08 CV 03302

TO: (Name and address of Defendant)

The Republic of Argentina
c/o Banco de la Nacion Argentina
299 Park Avenue
New York, NY 10171

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert A. Cohen
Dennis H. Hranitzky
DECHERT LLP
30 Rockefeller Plaza
New York, NY 10112

Kevin S. Reed
QUINN, EMANUEL, URQUHART, OLIVER & HEDGES LLP
51 Madison Avenue
New York, NY 10001

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON        APR 0 2 2008

CLERK        DATE

(By) DEPUTY CLERK

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____       _____
                   Date                                *Signature of Server*

                                 _____
                                 *Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.