UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
: 
NML CAPITAL, LTD., :
: 08 Civ. 3302 (TPG)
                Plaintiff, :
:
         - against - : CERTIFICATE OF
: SERVICE
THE REPUBLIC OF ARGENTINA, :
:
                Defendant. :
:
------------------------------------------------------------------------ X

       I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

       1. On the 2nd day of June 2008, the Answer, dated June 2, 2008 was served by First Class Mail upon:

> Kevin S. Reed, Esq.
> Quinn Emanuel Urquhart Oliver & Hedges, LLP
> 51 Madison Avenue
> New York, NY  10010
>
> Robert A. Cohen, Esq.
> Dennis H. Hranitzky, Esq.
> Dechert LLP
> 1095 Avenue of the Americas
> New York, NY  10036-6797

       2. This service was made by an assistant managing clerk of this firm under my general supervision.

Dated:  New York, New York
       June 2, 2008

                                                        s/Richard V. Conza
                                                         Richard V. Conza