UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
NML CAPITAL, LTD.                                : Case No. 08-cv-3302(TPG)
                                                 :
                 Plaintiff,                      :
                                                 :
         -against-                               : **NOTICE OF APPEARANCE**
                                                 :
THE REPUBLIC OF ARGENTINA                        :
                                                 :
                 Defendant.                      :
                                                 :
---------------------------------------------------------X

**PLEASE TAKE NOTICE** that Susan Y. Shamoto of the law firm of DECHERT LLP hereby enters her appearance as counsel on behalf of NML Capital, Ltd, in the above-captioned action, and that copies of all papers in this action are to be served upon the undersigned at the address set forth below.

Dated: New York, New York
       July 25, 2008

                                        DECHERT LLP


                                        By:  /s/ Susan Y. Shamoto
                                             Susan Y. Shamoto
                                             susan.shamoto@dechert.com
                                             1095 Avenue of the Americas
                                             New York, New York 10036
                                             Tel.:(212) 698-3500
                                             Fax: (212) 698-3599

                                        Attorneys for Plaintiff NML Capital, Ltd.

13240265.1