UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NML CAPITAL, LTD.,

                Plaintiff,

v.

THE REPUBLIC OF ARGENTINA,

                Defendant.

08 Civ. 3302 (TPG)

---

### DECLARATION OF ELLIOT GREENBERG IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

ELLIOT GREENBERG makes the following declaration, pursuant to 28 U.S.C. § 1746:

1. I am a Vice President of Elliott International Capital Advisors, Inc. ("EICA"). EICA is the investment manager for Elliott International, L.P., the ultimate parent of NML Capital, Ltd. ("NML").

2. Based on a review of certain records of EICA and NML, I have knowledge of the facts set forth in this Declaration. The attached documents were assembled by me or by persons working at my direction.

3. NML is the beneficial owner of $132,000,000.00 principal amount of Floating Rate Accrual Notes, ISIN US040114AX83, ("FRANs") issued by the Republic of Argentina ("Argentina") pursuant to a Fiscal Agency Agreement dated October 19, 1994.

4. Of the $132,000,000.00 principal amount of the FRANs, $29,850,000.00 principal amount of FRANs is the subject of this action.

13238268.1

- 2 -

5. NML acquired the $29,850,000.00 principal amount of the FRANs in two transactions: $15,000,000.00 on March 12, 2008 and $14,850,000.00 on March 19, 2008. True and correct copies of the JPMorgan Consolidated Settlement ITD Reports showing NML's ownership of the $29,850,000.00 principal amount of the FRANs is attached as Exhibit 1.

6. NML remains the beneficial owner of the $132,000,000.00 principal amount of the FRANs, which includes the $29,850,000.00 principal amount that is the subject of this action. A true and correct copy of the JPMorgan Global Settled Holdings COB Report, dated July 23 2008, showing NML's current ownership of $132,000,000.00 principal amount of the FRANs, is attached as Exhibit 2.

7. Argentina has not made any principal or interest payment on the FRANs to NML.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in New York, New York
on this 23 day of July, 2008

_____
Elliot Greenberg

**EXHIBIT 1**

Case 1:08-cv-03302-TPG    Document 12    Filed 07/25/2008    Page 3 of 7

**JPMorgan**

PAGE 2
Run Date: MAR 14, 2008
Time: 08-32 am
Statement Date: 03/14/2008
Time: 07-46 am

## Consolidated Settlement ITD Report

| Trade Type | Security Description | | Units |
|---|---|---|---|
| Chase Message ID  ISIN | Sedol Number | Due Date | |
| Client Trade Ref.  Broker | | Settled Date | Local Price CCY |
| Trade Status | | | Market Value CCY |
| Fail Description | | | Base Value CCY |

Account Name:   NML CAPITAL,LTD

**Depot: ECLEAR:NML CAPITAL LIMITED**

| Receive Against Payment | ARGENTINA(REPUBLIC OF) FRN 04/2005 USD1000 | | 15,000,000.00 |
| MANLAAFN24 | US040114AX83   A007214 | 03/12/2008 | |
| NONE | EUROCLEAR OPS CENTRE BRUSSELS | 03/14/2008 | 0.0000 USD |
| Settled | | | 0.00 USD |
| TRADE SETTLED   92436 : | | | 0.00 USD |

**JPMorgan**

PAGE    2
Run Date:    MAR 24, 2008
Time:    11-24 am
Statement Date:    03/21/2008
Time:    05-34 pm

## Consolidated Settlement ITD Report

| Trade Type | | Security Description | | | Units | |
|---|---|---|---|---|---|---|
| Chase Message ID | ISIN | Sedol Number | | Due Date | | |
| Client Trade Ref. | Broker | | | Settled Date | Local Price CCY | |
| Trade Status | | | | | Market Value CCY | |
| Fail Description | | | | | Base Value CCY | |

**Account No: NML01**    **Account Name:**    **NML CAPITAL, LTD**

**Depot: ECLEAR:NML CAPITAL LIMITED**

| | | | | | | |
|---|---|---|---|---|---|---|
| Receive Against Payment | | ARGENTINA(REPUBLIC OF) FRN 04/2005 USD1000 | | | 14,850,000.00 | |
| 702027775 | US040114AX83 | A007214 | | 03/19/2008 | | |
| NONE | MERRILL LYNCH ECL | | | 03/21/2008 | 0.0000 USD | |
| Settled | | | | | 0.00 USD | |
| TRADE SETTLED | 96565 : | | | | 0.00 USD | |

**EXHIBIT 2**

**JPMorgan**

PAGE 1
Run Date: 07/24/2008
Time: 12:05 pm
Statement Date: 07/23/2008
Run by: jharvin

## Global Settled Holdings COB Report

| Sedol Number | Security Description | Units |
| --- | --- | --- |
| ISIN | | Price CCY |

**Account Number:** NML01   **Account Name:** NML CAPITAL,LTD

**Depot:** ECLEAR:NML CAPITAL LIMITED

| | | |
| --- | --- | --- |
| A007214 | ARGENTINA(REPUBLIC OF) | 132,000,000.00 |
| US040114AX83 | FRN 04/2005 USD1000 | |