UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/28/16

-------------------------------------------------------------------- X

NML CAPITAL, Ltd.,

                 Plaintiffs,

      -against-

THE REPUBLIC OF ARGENTINA,

                 Defendant.

-------------------------------------------------------------------- X

ORDER OF
SATISFACTION

08-CV-03302 (TPG)

WHEREAS, on June 15, 2009, the Court entered a Final Judgment against the Republic of Argentina (the "Republic") and in favor of plaintiff NML Capital, Ltd. in the amount of $290,270,631.00 (the "Final Judgment Amount") with respect to plaintiff's beneficial interest on certain defaulted bonds issued by the Republic (the "Bonds");

WHEREAS, in furtherance of the Republic's February 5, 2016 proposal to settle with holders of all defaulted debt, on February 29, 2016, plaintiff and the Republic entered into a settlement agreement (the "Settlement Agreement") pursuant to which the Republic agreed to pay plaintiff an amount agreed-upon by the parties (the "Settlement Amount") and plaintiff agreed, *inter alia*, to accept the Settlement Amount in full discharge and satisfaction in respect of any claim or court judgment in connection with the Bonds;

WHEREAS, in accordance with the Settlement Agreement, plaintiff received the Settlement Amount;

WHEREAS, plaintiff's Final Judgment Amount has been fully satisfied by the Republic's payment to plaintiff;

NOW, THEREFORE, full satisfaction of plaintiff's Final Judgment Amount is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of full satisfaction on the docket.

SO ORDERED:

United States District Judge
Dated:      April 28 , 2016